PER CURIAM.

This is an appeal from an order of the Criminal District Court No. 2 of Bexar County remanding appellant to the custody of the sheriff for delivery to the agent of the demanding State.

No statement of facts accompanies the record, and no bills of exception are found therein.

The proceedings being in all things regular and no errors appearing, the judgment is affirmed.

PER CURIAM.

The appeal is from an order of the Criminal District Court No. 2 of Bexar County ordering that appellant be delivered to the agent of the demanding state.

No statement of facts accompanies the record, and no bills of exception are found therein.

The proceedings being in all things regular and no error appearing, the judgment is affirmed.

**Ex parte R. W. ALEXANDER.**

No. 28190.

Court of Criminal Appeals of Texas.

April 25, 1956.

**Fred Allen SMITH, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28339.

Court of Criminal Appeals of Texas.

May 23, 1956.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

No attorney for appellant of record on appeal.